DOROTHY LEHANE BROWN, Respondent, v. LILLY REALTY Co., INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

OTTO BUSHMAN, Respondent, v. TEITELBAUM BAKING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JOHN CALLAN, Respondent, v. FISH & MARVIN and Others, Appellants.— Judgment reversed upon the law and the facts as to defendant Rosa Altieri, with costs to her as against plaintiff, and complaint dismissed as to her, with costs. Judgment unanimously affirmed as to defendants Fish & Marvin and Taylor, with costs to plaintiff as against them. We are of opinion that, in view of the concession at folio 413 of the record, defendants Fish & Marvin and Taylor were never authorized by defendant Rosa Altieri to sell property located on the easterly side of Timpson street, ninety feet south of the Esplanade, and that the only testimony connecting defendant Rosa Altieri with the alleged carelessness, negligence or fraud is that of defendant Taylor, at folios 472 and 474 of the record, to the effect that defendant Altieri's husband and brother had shown Taylor the location of the lot; hence, defendant Rosa Altieri should not be cast in damages for the alleged reckless indifference (*Hadcock* v. *Osmer*, 153 N. Y. 604) of defendant Taylor who exhibited to the plaintiff, for sale, a lot of the exact location of which he had no idea, and the judgment, under the circumstances, as to defendant Rosa Altieri .is contrary to the evidence.* Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

CATHERINE CARTER, as Administratrix, etc., of JAMES CARTER, Deceased, Respondent, v. RUBY TRUCKING COMPANY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. The record does not establish defendant's negligence and it does affirmatively establish decedent's contributory negligence. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Rich, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs upon the ground first stated. Settle order on notice.

OWEN CLARK and SARAH CLARK, Respondents, v. I. WOHL, INC., and IGNATZ WOHL, Appellants.— Order, in so far as appealed from, denying defendants' motion to vacate plaintiffs' notice of examination and subpoena and denying defendants' motion to compel plaintiffs to serve a reply to certain defenses, affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice at place and hour stated in the order. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.